UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: | Chapter 7 |
| John J. Gillooly, Jr. | Case No. 10-23274 |
| Debra Gillooly | Honorable William C. Hillman |
| Debtors | |
| _____/ | |

## ORDER RE: MOTION OF US BANK NATIONAL ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362

US Bank National Association, by and through its attorneys Orlans Moran PLLC, having filed a Motion for Relief From Stay regarding Real Property known and numbered as 30 Crowdis Street, Salem, Massachusetts, notice having been given and good cause appearing therefore, it is hereby ORDERED that the Motion of US Bank National Association for Relief From Stay is allowed and US Bank National Association is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage recorded with Essex (Southern) County Registry of Deeds at Book 26175, on Page 504 in accordance with applicable state and federal law and to commence a summary process action against occupants of that property. Entry of this Order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

At _____ this \_\_\_\_\_ day of _____, 2011.

*William P. Hillman* 01/31/2011
Honorable William C. Hillman
U.S. BANKRUPTCY JUDGE